# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DAY CHI,<br><br>        Defendant. | Case No. 17-cv-04376 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 34 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice, with the Court retaining jurisdiction. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by September 14, 2018. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: June 6, 2018

                                                Nathanael M. Cousins
                                                United States Magistrate Judge